James R. Hawkins, Esq. (SBN 192925)
james@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Fax: (949) 387-6676

Christina M. Lucio (SBN 253677)
clucio@farnaeslaw.com
Mitchell J. Murray (SBN 285691)
mitch@farnaeslaw.com
**FARNAES & LUCIO, APC**
2235 Encinitas Blvd., Suite 210
Encinitas, CA 92024
Telephone: (760) 942-9433

Attorneys for Plaintiff TIM ALDERMAN
on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM ALDERMAN, on behalf of himself individually and all others similarly situated, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>MICHAEL KORS STORES (CALIFORNIA), INC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br>　　　　　　Defendants. | Case No.: 8:20-cv-02211-CJC-DFM <br><br>*Assigned for All Purposes To:* <br>Hon. Cormac J. Carney <br>Courtroom: 9B <br><br>**JOINT NOTICE OF SETTLEMENT OF ACTION** <br><br>Complaint Filed: September 30, 2020 <br><br>Hearing Date: March 1, 2021 <br>Time: 1:30 pm <br>Courtroom: 9B |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff TIME ALDERMAN ("Plaintiff"), individually and on behalf of others similarly situated, and Defendant MICHAEL KORS STORES (CALIFORNIA), INC. ("Michael Kors") have reached a settlement in principle that if approved will settle the issues before the court in the above-entitled action.

The parties have met and conferred regarding settlement, and have agreed in principle to resolve the action by including Plaintiff's claim in the prior filed *Jason Hamilton v. Michael Kors Stores (California), Inc.,* Los Angeles Superior Court Case No. 19STCV37061. The parties anticipate that the settlement agreement will be executed and presented to the Los Angeles Superior Court within the next 30-45 days.

The parties request that the Court stay all proceedings in the above-entitled action be stayed in their entirety (including the pending Motion to Compel Arbitration) pending the approval of an amendment in the *Hamilton* action to allow for the filing of Mr. Alderman's claims in the context of that action.

Defendant reserves all rights regarding its pending motion to compel arbitration. In the event the settlement is not effectuated or approved, the parties will meet and confer regarding a briefing schedule so that Defendant's motion to compel can be promptly heard prior to any party engaging in discovery.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elizabeth M. Levy, hereby certify that the content of this document is acceptable to counsel for Defendant, and that counsel for Defendant has provided her authorization to affix her electronic signature to this joint stipulation.

Respectfully submitted,

Dated: February 22, 2021         **JAMES HAWKINS APLC**

By: /s/ James R. Hawkins
James R. Hawkins

| | | |
|---|---|---|
| Dated: February 22, 2021 | | **FARNAES & LUCIO, APC** |
| | By: | /s/ Christina M. Lucio |
| | | Malte L. L. Farnaes, Esq. |
| | | Christina M. Lucio, Esq. |
| | | Anthony E. Rivera, Esq. |
| | | Attorneys for Plaintiff |
| | | TIM ALDERMAN |
| Dated: February 22, 2021 | | **SEYFARTH SHAW LLP** |
| | | /s/ Elizabeth M. Levy |
| | | Jon D. Meer, Esq. |
| | | Elizabeth M. Levy, Esq. |
| | | Shardé T. Skahan, Esq. |
| | | *Attorneys For Defendant* |
| | | MICHAEL KORS STORES (CALIFORNIA), INC. |

**Signature Attestation**

I, Christina M. Lucio, Esq., hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Christina M. Lucio
Christina M. Lucio, Esq.

**Certificate of Service**

The attached was served on all parties and their counsel, through the ECF system.

By: /s/ Christina M. Lucio
Christina M. Lucio, Esq.