UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02211-CJC (DFMx) | Date | February 23, 2021 |
|---|---|---|---|
| Title | Tim Alderman v. Michael Kors Stores California, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Chery Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT NOTICE OF SETTLEMENT / REQUEST FOR STAY**

Having been advised by a Joint Notice of Settlement [16] that the parties have reached a settlement in principle and request a stay of the action, the Court hereby orders this action dismissed without prejudice as to the individual and putative class claims. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for a period of sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been consummated.

_____ : _____

Initials of Deputy Clerk:  cw